PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ARMENDARIZ JR.,<br><br>　　　　Defendant. | CASE NO. 1:17-mj-123<br><br>STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO SUPPRESS |

## **BACKGROUND**

On October 20, 2017, defendant filed a Motion to Suppress (DE 15). Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings.

THEREFORE, defendant ROBERT ARMENDARIZ JR., by and through his counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Assistant United States Attorney Michael Tierney, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

　　1.　　Any opposition by the United States must be filed on or before November 15, 2017.

　　2.　　Any reply by the defendant must be filed on or before November 28, 2017.

1

DATED: October 26, 2017

By:   /s/ Andrew Wong
ANDREW WONG
Attorney for Defendant
ROBERT ARMENDARIZ JR.

DATED: October 26, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Michael Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **October 27, 2017**

UNITED STATES MAGISTRATE JUDGE