HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Robert Armendariz, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00123-SAB |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; ORDER |
| vs. | |
| ROBERT ARMENDARIZ, JR., | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Robert Armendariz, Jr., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the December 14, 2017 status conference. Mr. Armendariz agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2017   */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
ROBERT ARMENDARIZ, JR.

## **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance is waived at the December 14, 2017 status conference.

IT IS SO ORDERED.

Dated: **November 27, 2017**

UNITED STATES MAGISTRATE JUDGE