| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | Robert Armendariz, Jr. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-00123-SAB |
| | ) | |
| *Plaintiff*, | ) | REQUEST FOR RULE 43 WAIVER OF |
| | ) | APPEARANCE AT NON-SUBSTANTIVE |
| vs. | ) | PROCEEDINGS; ORDER |
| | ) | |
| ROBERT ARMENDARIZ, JR., | ) | |
| | ) | |
| *Defendant*. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Robert Armendariz, Jr., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the December 14, 2017 evidentiary hearing. Mr. Armendariz agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: November 27, 2017 | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>ROBERT ARMENDARIZ, JR. |

**O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance is waived at the December 14, 2017 evidentiary hearing.

IT IS SO ORDERED.

Dated:  **November 27, 2017**

UNITED STATES MAGISTRATE JUDGE