# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-mj-00123 SAB |
| Plaintiff, | ORDER RE MOTION TO WITHDRAW MOTION TO SUPPRESS |
| vs. | |
| ROBERT ARMENDARIZ, JR., | |
| Defendant. | |

On October 20, 2017, Defendant Robert Armendariz, Jr. filed a motion to suppress evidence which is currently set for an evidentiary hearing on December 14, 2017. On December 13, 2017, Defendant filed a motion to withdraw the motion to suppress and vacate the hearing as the parties have reached a resolution in the matter.

Accordingly, IT IS HEREBY ORDERED that

1. The motion to suppress evidence filed October 20, 2017 is WITHDRAWN;
2. The December 14, 2017 evidentiary hearing is VACATED; and
3. The status hearing on December 14, 2017 at 10:00 a.m. shall remain on calendar.

IT IS SO ORDERED.

Dated: **December 13, 2017**

UNITED STATES MAGISTRATE JUDGE