# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>ROBERT ARMENDARIZ, JR.,<br><br>     Defendant. | Case No. 1:17-mj-00123-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

  **Convicted of:**    Violating a Lawful Order & Carrying a Loaded Firearm in a Vehicle

  **Sentence Date:**    January 18, 2018

  **Review Hearing Date:**  November 15, 2018

  **Probation Expires On:**  January 18, 2019

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $10.00 special assessment

### *COMPLIANCE:*

☒  Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☒  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐  To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:

☒  Compliance with Other Conditions of Probation: Serve 7 days in custody.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                               */s/ Gary M. Leuis*
                               Gary M. Leuis
                               Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/15/2018 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.


DATED: 11/1/2018                      */s/ Hope Alley*
                                      DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 2, 2018**
                                        UNITED STATES MAGISTRATE JUDGE